# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **DAVID ANTHONY MANNO ,** | ) | JUDGMENT IN CASE |
| Petitioner, | ) | 1:20-cv-00059-MR |
| vs. | ) | |
| **ERIK A. HOOKS Secretary, North Carolina Department of Public Safety,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 18, 2021 Memorandum of Decision and Order.

August 18, 2021

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court